## US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Harold Jean-Baptiste                                              )
253-37 148 Drive
Rosedale NY 11422                                                 )

Plaintiff

V.                                      Case: 1:22-cv-01420 JURY DEMAND
                                        Assigned To : Contreras, Rudolph
                                        Assign. Date : 5/18/2022
United State Department of Justice      Description: Pro Se Gen. Civ. (F-DECK)
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001                                      )

                                                                 )

Merrick B. Garland                                               )
Attorney General of the United States,
Head of the United State Department of Justice;                  )
Named in his official capacity                                   )

V.                                                               )

Federal Bureau of Investigations                                 )
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001                                      )

                                                                 )

Christopher Wray,                                                )
Director of the Federal Bureau of Investigations,
Name in his official capacity;                                   )

                                                                 )

                                                                 )

Defendants                                                       )

                                                                 )
RECEIVED
Mail Room

MAY 1 8 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia
                                                                 )

                                                                 )

                                                                 )

1

**COMPLAINT FOR VIOLATION**

**FOURTH AMENDMENT ELECTRONIC COMUNICATION PRIVACY ACT of 1986 (ECPA), 42 U.S. CODE.1981, 42 U.S. CODE.1983, 42 U.S. CODE.1985(3), 18 U.S. CODE § 241, 18 U.S. CODE § 242, 42 U.S. CODE § 1986, 42 U.S. CODE § 1981, 42 U.S. CODE § 1985, 42 U.S. CODE § 1988, LACK CARE OF DUTY, FOURTH AMENDMENT, NINTH AMENDMENT, CRUEL AND HUMAN RIGHTS VIOLATIONS.**

**NATURE OF ACTION**

1. The plaintiff brings this action under FOURTH AMENDMENT ELECTRONIC COMUNICATION PRIVACY ACT of 1986 (ECPA), 42 U.S. CODE.1981, 42 U.S. CODE.1983, 42 U.S. CODE.1985(3), 18 U.S. CODE § 241, 18 U.S. CODE § 242, 42 U.S. CODE § 1986, 42 U.S. CODE § 1981, 42 U.S. CODE § 1985, 42 U.S. CODE § 1988, LACK CARE OF DUTY, FOURTH AMENDMENT, NINTH AMENDMENT, CRUEL AND HUMAN RIGHTS VIOLATIONS. The plaintiff brings this action individually and on behalf of himself on Federal Bureau of Investigations (FBI) and United State Department of Justice (DOJ) who have been discriminate against him violation of Constitutional Rights, Federal Laws, cruel, Human Rights and inhuman treatment. Plaintiff suffered discrimination and harassment in whole by the FBI to since August 1, 2021 singled out for adverse treatment by FBI done under "National Security Letters" (NSL) use to shield their violation of Federal Laws.

**JURISDICTION AND VENUE**

2. Jurisdiction is proper in this court in that the District Courts have original jurisdiction under 28 U.S.C. § 1331 and 1343 and 42 U.S.C. § 2000e-5(f)(3), because they arise under the laws of the United States and are brought to recover damages for deprivation of Civil Rights, Constitutional Rights, and violation Federal Criminal U.S Codes.

3.  Venue is proper in this judicial district under 28 U.S.C. § 1391(b)-(c) and 42 U.S.C. §
    2000e-5(f)(3), that the defendant's headquarters, or office is located in this district, the
    personnel records relevant to this case are in this district and the personnel practices
    challenges herein were directed or supervised by defendants in this district.

4.  Plaintiff have exhausted their administrative remedies prior to bringing this suit.
    Request of FBI, DOJ and Department of Homeland Security (DHS) file under Freedom
    of Information Act (FOIA) files pertaining on this complaint on the plaintiff on 3/2/20,
    it has not been issued, more information was requested; second request has been
    formally requested asking for FOIA Public Liaison (FPL) for assistance for the plaintiff
    on the specific files on 3/28/20. Office of Government Information Services (OGIS)
    offered no further assistance and issued the request close on April 15, 2020. All attempt
    and appeal were exhausted to obtain the FOIA files. A prior lawsuit was file with the
    US Court District of Columbia Civil Division (CASE #20-CV-02178) request relief
    and the plaintiff dismiss the case without prejudice believing the discrimination would
    of stop. Judge McFadden had issued a vacant order to stop any other branch of
    government order, or Executive Order or stop any investigative actions against the
    plaintiff under the Trump Administration, but that order has been ignored. A second
    lawsuit was file which is in Superior District of Columbia (CASE # 2021 CAB
    000377) which the defendants did not appear, and appeal to DC Appeal Court (CASE #
    21-CV-0242) and the case in the Supreme Court #21-1175. I previous file a third
    lawsuit alleging more serious violation of law case # 21-CV-2221 and Judge McFadden
    order me to include Channing D. Phillips Attorney for the District of Columbia
    complaint served and signed for (EJ63 9079 935 US). I comply to Judge McFadden
    order and the plaintiff sent the clerk the Affidavit of Service 2021-11-29 18:29 via
    email dcdml_intake@dcd.uscourts.gov and it was received and not posted on Pacer for
    the Judge McFadden.  Plaintiff noticed the grave error and did not call the clerk to
    ensure it was posted because the plaintiff intention was to get an injunction and
    Kenneth Adebonojo of the DOJ email me for an extension 2021-12-27 15:47 via email
    Ken*******@usdoj.gov that convey the plaintiff request in writing the FBI will stop
    trying to destroy the plaintiff's life. He stated, "I hope this meets you and yours well.  I

need to request an enlargement for thirty (30) days to confer with FBI Agency Counsel I will try to convey your concerns. May I represent that I have your consent to an enlargement?" and the plaintiff agreed to the extension. The case was dismissed without prejudice because of the clerk's error to not post the Affidavit of Service sent on 11-29-21 on Pacer. This new lawsuit is for new allegations against the defendants for retaliation of the past last lawsuit and to prevent the plaintiff from employment and continue violation of his Civil Rights.

5.  Defendants Federal Bureau of Investigations (FBI) and United State Department of Justice (DOJ) is sued herein in his official capacity.

6.  Plaintiff Harold Jean-Baptiste, Black Male, is a resident of the state of New York. He has been targeted and harass by the FBI to violate Civil Rights, Human Rights Violations, Federal Laws, and Constitutional Rights August 1, 2021.

## FACTUAL BACKGROUND ON HARRASMENT, VIOLATIONS OF FEDERAL LAWS AND DISCRIMINATION

9.  **August 04, 2021**

The plaintiff submitted a bid on www.periscopeholdings.com for government contract from the City of Miami bid RTQ-01906: Bikes, purchase, accessories, parts and repair services prequal to try to win the government contract. The FBI monitored the plaintiff computer and contacted Stroman, Vanessa (ISD), Mendoza, Robert (ISD), Lewis, Sherman (ISD) Citi of Miami Employees and told them to select the plaintiff for the bid, and expedite the contract to setup the plaintiff with different request than other bidder hoping the plaintiff would lie to try violate Federal Laws to win the contract. The setup was conspiracy to violate government contract laws which would be fraud to arrest the plaintiff, violation of the plaintiff civil rights. On August 26, 2021 9:07 AM the noticed the rush attempt to process the bid and emailed, Stroman, Vanessa (ISD), Mendoza, Robert (ISD), Lewis, Sherman (ISD) and stated "Unfortunately we can't get any other firm to provide us Bike or Parts. Only one vendor can establish the manufacture relationship. Please let me know if this will cancel our consideration for the bid. We don't want to misrepresent any items needed from the vendor to win this contract. If our

vendor relationship to manufactures are not acceptable, please cancel us for consideration.  We have no other alternative in the time frame." The FBI contacted Stroman, Vanessa (ISD), Mendoza, Robert (ISD), Lewis, Sherman (ISD) employees of City of Miami under National Security as a gag order to hide this illegal activity and instructed them on what to do to violate the plaintiff's Civil Right and setup the plaintiff for arrest. Stroman, Vanessa (ISD), Mendoza, Robert (ISD), Lewis, Sherman (ISD) under oath can collaborate this allegation to conspire to violate the plaintiff's Civil Rights.

10. **March 24, 2022**

The plainfiff started an account with Google AdWords to generate traffic on the plaintiff's site Adelleway.com to generate revenue for the plaintiff's firm, for two segments of the plaintiff's website, Moving and Car Shipping across the country.  The developer of plaintiff's site Alakamalak is base in India and is the only person who have access to the backend of the plaintiff's website. The site was fully working 100% two weeks ago and test all the features to ensure its accurately working.  The developer of plaintiff's site has no knowledge of when the plaintiff's site was going to be advertise on google. The FBI is and still monitoring plaintiff's computer because the trying to find any reason possible to try to make the plaintiff's life very difficult and have pure hatred in the heart for a minority or just racist to stop a minority business from being successful.  The FBI contacted Alakamalak (Snehal Mistry) and told to them specifical sabotage plaintiff's site and only the two segments the plaintiff advertised on Google to prevent the plaintiff from have a commerce and generate revenue. The FBI have contacted Snehal Mistry before to set the plaintiff up for Fraud with the plaintiff's payment gateway on the plaintiff's site, this was not the first attempt in communicating to Snehal Mistry.  The strategy is clear because the plaintiff sued for Federal Crime and Human Rights violations which went to the Supreme Court of the United States Case # 21-1175 for serious violation of Federal Laws.  The plaintiff can prove this allegation in Court.

11. On March 2, 2022 plaintiff had a wonderful interview with Nirmal Sagar and Prad at 777 Partners private equity corporation and both informed the plaintiff that they

5

would like to hire the plaintiff for the position in the corporation and plan on scheduling a final round interview for the position. FBI monitored and was aware of the phone interview for the position and informed Valerie Patterson to not hire the plaintiff. The plaintiff email Nirmal Sagar about the next final round of interview he never responded. This is not the first time the FBI has done this, using National Security Letter to violate human rights and Fourth Amendment right to privacy and shield their illegal actions. Plaintiff can prove this in court with deposition of Nirmal Sagar.  The intention of the FBI is to punish and deny the plaintiff any means to having an income because of the lawsuit in the Supreme Court. Someone senior in the FBI executed this order to punish the plaintiff.

12. On March 18, 2022 plaintiff had a wonderful interview with Valerie Patterson Associate Director, Executive and Leadership Search for ChenMed corporation and she informed the plaintiff that she would like the plaintiff to be consider the plaintiff for the position in the corporation and plan on scheduling final round interview for the position. FBI monitored and was aware of the phone interview for the position and informed Valerie Patterson to not hire the Plaintiff. The plaintiff email Valerie Patterson about the next final round of interview she never responded. This is not the first time the FBI has done this, using National Security Letter to violate Human Rights and Fourth Amendment right to privacy and shield their illegal actions. Plaintiff can prove this in court with deposition of Valerie Patterson. The intention of the FBI is to punish and deny the plaintiff any means to having an income because of the past lawsuit and Color of Law Complaints to the DOJ.  Someone senior in the FBI executed this order to punish the plaintiff.

13. On May 17, 2022 plaintiff had a wonderful interview with Nadkarni, Nikhil Associate Director, Executive and Leadership role with Envestnet corporation and informed the plaintiff that he like the plaintiff to consider the plaintiff for the position in the corporation and stated the next step to hired for the position. FBI monitored and was aware of the phone interview for the position and informed Nadkarni, Nikhil to not hire the Plaintiff. The Nicolette Fusacchia the recruiting coordination at Envestnet confirmed via email about the next step to hire for the role. This is not the first time

the FBI has done this, using National Security Letter to violate Human Rights and Fourth Amendment right to privacy and shield their illegal actions. Plaintiff can prove this in court with deposition of Nicolette Fusacchia, Paul Ficca. The intention of the FBI is to punish and deny the plaintiff any means to having an income because of the lawsuit that went to the Supreme Court. Someone senior in the FBI executed this order to punish the plaintiff.

14. All these examples monovalent, cruel actions that are 100% factual by the FBI to harm the plaintiff's life.  The witnesses and FOIA will illustrate substance for the all the relating allegations by the FBI.  The strategy is punish the plaintiff with their illegal actions or egregious order to hurt the plaintiff life for suing the FBI for attempts to destroy the plaintiff's life.

## THE UNLAWFUL PRACTICES

15. The FBI unfairly target the plaintiff base on his race, color, national origin, or malicious intentions. The FBI slander and destroyed the character of the plaintiff and using "National Security Letters" (NSL) to cover their actions, treated unfairly and discriminated base on national origin, race and color, a direct violation under FOURTH AMENDMENT ELECTRONIC COMUNICATION PRIVACY ACT of 1986 (ECPA), 42 U.S. CODE.1981, 42 U.S. CODE.1983, 42 U.S. CODE.1985(3), 18 U.S. CODE § 241, 18 U.S. CODE § 242, 42 U.S. CODE § 1986, 42 U.S. CODE § 1981, 42 U.S. CODE § 1985, 42 U.S. CODE § 1988, LACK CARE OF DUTY, FOURTH AMENDMENT, NINTH AMENDMENT, CRUEL AND HUMAN RIGHTS VIOLATIONS.  FBI conspire to prevent the plaintiff from have an employment and income and punishment the plaintiff for past lawsuit and color of complaint filed with DOJ against the FBI. The plaintiff would like a jury to review this case.

## THE PLAINTIFF BACKGROUND

16. Plaintiff Harold Jean-Baptiste graduated cum laude from Long Island University with bachelor's in Information System and magna cum laude from Long Island University

with an MBA in Finance and University of Baltimore Law Student. Plaintiff has no criminal history, or any history of any investigations of any crime. His background is clean and has no reason to be discriminated against by the FBI or DOJ. The Justice Department and the Federal Bureau Investigations under false pretense and flagged plaintiff for an investigation under National Security Branch Division of the FBI and used "National Security Letters" (NSL) classification as a tool used to be "invisible" in conspire to slander, harass, discriminate, and destroyed the character of the plaintiff. Plaintiff has not been "alleged or suspected violation of any federal laws" or "no criminal history", "never been arrested", "investigate for anything criminal" or "ever attempted to carry out any crimes" or "threats to the national security" or "violate any foreign intelligence laws" under Department of Justice Manual section Title IV, 9-90-010, 9-90-020 9-90-050, 9-90-100, 9-90-200, 9-90-210, 9-90-230, 9-90-240, 9-90-300, 9-90-400, 9-90-440, 9-90-500, 9-90-550, 9-90-600, 9-90-610, 9-90-620, 9-90-625, 9-90-630, 9-90-640, 9-90-700, 9-90-710, 9-90-720 and 9-90-730.

*The Department of Justice has no probable cause for any FBI Investigation or malice order on the plaintiff especially under National Security Division Branch, investigation in this manner shows premediated intention to persecute and malice intent against the plaintiff.* Most egregiously the plaintiff never attempted or violated any of the these statutes to be flagged under "National Security" based on criminal provisions affecting 2 U.S.C. § 192 (Contempt of Congress Related to National Security), 8 U.S.C. § 1185(b) (Travel Control of Citizens), 18 U.S.C. § 219 et seq. (Officers and Employees of the United States Acting as Foreign Agents), 18 U.S.C. § 791 et seq. (Espionage; Unauthorized Disclosure of Classified Information), 18 U.S.C. § 951 et seq. (Neutrality Laws), 18 U.S.C. § 1030(a)(1) (Computer Espionage), 18 U.S.C. § 1542 et seq. (Passport Violations Related to National Security), 18 U.S.C. § 1924 (Unauthorized Removal and Retention of Classified Documents or Material), 18 U.S.C. § 1831 (Economic Espionage), 18 U.S.C. § 2151 et seq. (Sabotage), 18 U.S.C. § 2381 et seq. (Treason, Sedition and Subversive Activities), 22 U.S.C. § 611 et seq. (Foreign Agents Registration), 22 U.S.C. § 2778 (Arms Export Control Act), 42 U.S.C. § 2274 to 2278, 2284, and other Atomic Energy Violations that Affect National Security (Atomic Energy Act), 50 U.S.C. § 3121 (Intelligence Identities Protection Act), 50 U.S.C. § 782

et seq. (Communication of Classified Information by Government Officer or Employee), 50 U.S.C. § 851 et seq. (Registration of Person Who Has Knowledge concerning Espionage Activities), 50 U.S.C. § 1701 et seq. (International Emergency Economic Powers Act), 50 U.S.C. § 2401 et seq. (Export Control Reform Act), 50 U.S.C. App. § 5(b) (Trading With the Enemy Act).

## VIOLATION OF LAWS

17. The FBI subjected the plaintiff to cruel and violation of Human Rights to be free and have equal dignity and rights. Also no one shall be subjected to cruel, inhuman, or degrading treatment, direct violation of 42 U.S. Code.1983, 42 U.S. Code § 1985(3) and Ninth Amendment.

18. The FBI conspire deprivation rights under Color of Law, privileges, or protected by the Constitution or Laws of the United States, direct violation of 18 U.S. Code § 242.

19. The FBI agents conspire to violate the plaintiff's Civil Rights by the team of professional Federal Agents lead by Special Agent in the business of hurting life is direct violation of 42 U.S. Code.1983, 42 U.S. Code § 1985(3) and Ninth Amendment.

20. The FBI agents conspire to violate the plaintiff's live by the team of professional Federal Agents lead by Special Agent in the business of hurting life is direct violation of 42 U.S. Code.1983, 42 U.S. Code § 1985(3) and Ninth Amendment.

21. The defendants FBI were negligent, lack of Care of Duty to deprive the rights of the plaintiff.

22. The FBI willfully and negligently conspire to oppress, deprivation rights, privileges, or protected by the Constitution or Laws of the United States, direct violation of 18 U.S. Code § 241.

23. The FBI neglect to prevent illegal activity or deprivation rights, privileges, or

protected by Federal Laws of the United States, direct violation of 42 U.S. Code § 1986.

24. The FBI willfully and negligently conspire to interfere with civil rights, deprivation rights, privileges, or protected by the Constitution or Laws of the United States, direct violation of 42 U.S. Code § 1985.

25. The FBI willfully and negligently violated FOURTH AMENDMENT ELECTRONIC COMUNICATION PRIVACY ACT of 1986 (ECPA) by monitoring plaintiff computer to find any reasons to interfere with civil rights, deprivation rights, privileges, or protected by the Constitution or Laws of the United States, direct violation of the FOURTH AMENDMENT ELECTRONIC COMUNICATION PRIVACY ACT of 1986 (ECPA)

26. The FBI willfully and negligently violated FOURTH AMENDMENT RIGHTS TO PRIVACY by monitoring plaintiff cell phone calls to deny him employment and any reasons to interfere with civil rights, deprivation rights, privileges, or protected by the Constitution or Laws of the United States, direct violation of the FOURTH AMENDMENT RIGHTS TO PRIVACY

27. The FBI conspired to violate the plaintiff Constitution Rights and Civil Right, direct violation of 42 U.S. Code.1983, 42 U.S. Code § 1985(3)

28. Plaintiff have experienced severe and pervasive unfair treatment base race, color, national origin, harassment, and retaliation beyond that which a reasonable person would tolerate. WHEREFORE, Plaintiff request that the court to execute a full fact-finding review, since August 1, 2021 of adverse action to the plaintiff subjected to race, national origin, color discrimination and suffered severe emotional distress from the FBI, DOJ, and Human Rights violation.  The FBI "invisible tool" used as "National Security Letter" (NSL), with their authority and resources it is not implausible that they would continue their behavior to do harm to the plaintiff and prevent the plaintiff from continuing ligations.  The FBI and DOJ are liable for the actions against the plaintiff by violating Constitutional Laws and Federal Statutes. The plaintiff file suit for protection from the court, to prevent and stop any current

actions that will violate Federal Laws and deprivation rights, privileges by Civil
Rights. Only the court can stop this monovalent and cruel behavior.


**PRAYER FOR RELIEF**

Plaintiff request relief as follows:

a.  Issue a Declaratory Judgment against FBI and DOJ practices that violated
FOURTH AMENDMENT ELECTRONIC COMUNICATION PRIVACY
ACT of 1986 (ECPA), 42 U.S. CODE.1981, 42 U.S. CODE.1983, 42 U.S.
CODE.1985(3), 18 U.S. CODE § 241, 18 U.S. CODE § 242, 42 U.S. CODE
§ 1986, 42 U.S. CODE § 1981, 42 U.S. CODE § 1985, 42 U.S. CODE § 1988, LACK
CARE OF DUTY, FOURTH AMENDMENT, NINTH AMENDMENT, CRUEL
AND HUMAN RIGHTS VIOLATIONS.

b.  Issue Declaratory Judgement for the FBI to issue a "Dismissal of Complaint" by
the FBI and Department of Justice, FBI Criminal Cyber Response Service
Branch, Intelligence Branch, Science and Technology Branch, Information
Technology Branch, FBI National Security Branch, and other covert branch to
hide any investigations against the plaintiff and to stop all improper
investigation and electronic surveillance against the plaintiff.

c.  Issue an order for Injunction and Vacate any Order by the FBI for any
investigation or order violate the plaintiff's civil rights.

d.  Order the FBI to eradicate and disclose all personnel, institutions and potential
employers that were sent a "gagged order" to collect information or prevent
employment business dealing or other institutions dealings under "National
Security Letter" (NSL). Order the FBI to formally retract all "National Security
Letter" (NSL) sent to destroy the character of the plaintiff in writing and
verbally.

e.  Award punitive damages $100,000,000 for discrimination and malevolent
actions to take plaintiff's life from his family and children according to proof

11

disclose to the court.  The plaintiff stating to the court life and freedom is priceless, living to help his 73-year-old mother is priceless, and raising children is priceless, therefore all the fortune of the world is not worth the plaintiff's freedom.

f.   Award damages for emotional distress for the plaintiff based on the fact the plaintiff was subjected to cruel behavior by the FBI.

g.   Award any Attorneys' fees according to proof.

h.   Provide such other relief as may be deemed just and Prop.

Respectfully Submitted

Harold Jean-Baptiste
253-37 148 Drive
Rosedale NY 11422

hbaptiste@influctec.com
786-657-8158 Cell